EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Cheryl A. Morris (State Bar # 184541)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: aport@edptlaw.com
cmorris@edptlaw.com
jwashkowitz@edptlaw.com

Attorneys for Defendant
CROWLEY MARITIME CORPORATION

ORIGINAL FILED
FEB 1 2 2008

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI),

This Document Relates to:
THOMAS JORGENSEN AND PATRICIA JORGENSEN vs. A.W. CHESTERTON COMPANY ET AL.

**MDL DOCKET NO. 875**

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JORGENSEN AND PATRICIA JORGENSEN

Plaintiffs,

vs.

A.W. CHESTERTON COMPANY; ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST; ASBESTOS CORPORATION, LTD.; AURORA PUMPS; CRANE CO., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CHAPMAN VALVE CO.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO

CV 08 Case No.: 0903

**DEFENDANT CROWLEY MARITIME CORPORATION'S NOTICE OF TAG-ALONG ACTION**

Multidistrict Rule 7.5(e)

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

MUNDET CORK; CYPRUS AMAX MINERALS COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SIERRA TALC AND PAUL W. WOOD; DEOWMAN PRODUCTS, INC.; ELEMENTIS CHEMICALS, INC., FORMERLY KNOWN AS HARCROS CHEMICALS, INC., A DELAWARE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO HARRISONS & CROSSFIELD (PACIFIC); GARLOCK SEALING TECHNOLOGIES LLC, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO GARLOCK INC.; GENERAL ELECTRIC COMPANY; GEORGIA PACIFIC CORPORATION; GOULDS PUMPS, INC.; HAMILTON MATERIALS, INC.; HANSON PERMANENTE CEMENT, INC., FORMERLY KNOWN AS KAISER CEMENT CORPORATION; HERCULES ENGINE COMPANY; HILL BROTHERS CHEMICAL COMPANY; ITT INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESOR IN INTEREST TO ALLIS CHALMERS CORP. AND BELL AND GOSSETT; KAISER GYPSUM COMPANY, INC.; KELLY MOORE PAINT COMPANY, INC.; LAMONS GASKET COMPANY, INDIVIDUALLY, AS SUCCESSOR IN INTEREST AND PARENT ALTER EGO TO POWER ENGINEERING & EQUIPMENT COMPANY, INC.; OG SUPPLY, INC.; PARKER HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; QUINTEC INDUSTRIES, INC.; R.T. VANDERBILT COMPANY, INC.; RICH-TEX, INC.; SAN FRANCISCO GRAVEL CO., INC.; SOCO-WEST, INC., FKA BRENNTAG WEST, INC., FKA SOCO LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; STONE & WEBSTER ENGINEERING CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST, PARENT AND ALTER EGO TO E.B. BADGER & SONS COMPANY; TH AGRICULTURE & NUTRITION, LLC INDIVIDUALLYAND AS SUCCESSOR IN INTEREST TO THOMPSON-HAYWARD CHEMICAL



EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

CO.; UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; VIACOM, INC., AS SUCCESSOR BY MERGER TO CBS CORPORATION FKA WESTINGHOUSE ELECTRIC CORPORATION AND THE FIRST DOE THROUGH THREE HUNDRETH DOE, INCLUSIVE,

Defendants.

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 29, 1991 the Judicial Panel of Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions", which refers to a civil action pending in a District Court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multidistrict Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multidistrict Litigation Rules ("MDL Rules"), Rule 11.

Pursuant to MDL Rule 7.5(e),

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant CROWLEY MARITIME CORPORATION (herein "CROWLEY") hereby notifies the Court that the above-entitled action involves all or a material part of the same subject matter as another action which is pending in another federal court. Accordingly, the above-entitled action is considered a "tag-along action", subject to transfer to the United States District

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Court for the Eastern District of Pennsylvania, because the action involves alleged injuries due to exposure to asbestos.

CROWLEY has forwarded a copy of this Notice to the Clerk of the MDL Panel. The Clerk of the MDL Panel may either (1) enter a conditional transfer pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why this action should not be transferred pursuant to MDL Rule 7.5(b).

DATED: February 12, 2008 EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By______________________
Andrew I. Port
Cheryl A. Morris
Jared A. Washkowitz
Attorneys for Defendant CROWLEY MARITIME CORPORATION

- 4 -

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

NOTICE OF TAG-ALONG ACTION
Case No.
G:\ANDYGRP\ANDYGRP2\Jorgensen\Pleadings\Notice of Tag Along MDL.doc