EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Cheryl A. Morris (State Bar # 184541)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: aport@edptlaw.com
cmorris@edptlaw.com
jwashkowitz@edptlaw.com

Attorneys for Defendants
CROWLEY MARITIME CORPORATION

ORIGINAL FILED FEB 12 2008

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JORGENSEN AND PATRICIA JORGENSEN<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>Defendants. | CV 08 0903<br>Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**<br><br>**(L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Crowley Maritime Corporation;

2. Plaintiffs Thomas Jorgensen and Patricia Jorgensen

DATED: February 12, 2008

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By ______________________________
Andrew I. Port
Cheryl A. Morris
Jared A. Washkowitz
Attorneys for Defendant CROWLEY MARITIME CORPORATION

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

CERTIFRICATE OF INTERESTED PARTIES
Case No.
G:\ANDYGRP\ANDYGRP2\Jorgensen\Pleadings\Certificate of Interested Parties.doc