EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar #120977)
Jared A. Washkowitz (State Bar # 226211)
49 Stevenson St., Suite 400
San Francisco, CA  94105
Tel:  (415) 227-9455
Fax:  (415) 227-4255
E-Mail:  aport@edptlaw.com
         jwashkowitz@edptlaw.com

Attorneys for Defendant
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JORGENSEN and<br>PATRICIA JORGENSEN,<br>　　　　Plaintiff(s),<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.<br>　　　　Defendant(s).<br>_____/ | No. C 08 0903 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 14, 2008                    Signature _____
                                                          JARED A. WASHKOWITZ
                                            Counsel for  Defendant
                                            (Plaintiff, Defendant, or indicate "pro se")
                                            CROWLEY MARITIME CORPORATION