1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar # 120977)
2  Cheryl A. Morris (State Bar # 184541)
   Jared A. Washkowitz (State Bar #226211)
3  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
4  Telephone:    (415) 227-9455
   Facsimile:    (415) 227-4255
5  E-Mail:       aport@edptlaw.com
                 cmorris@edptlaw.com
6                jwashkowitz@edptlaw.com

7  Attorneys for Defendant
   CROWLEY MARITIME CORPORATION
8

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | THOMAS JORGENSEN AND PATRICIA JORGENSEN | Case No.: C 08-0903 EMC
14 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT**
15 | vs. |
16 | A.W. CHESTERTON COMPANY, et al. |
17 | Defendants. |

27                          **STIPULATION**
28                             - 1 -

Plaintiffs Tom Jorgensen and Patricia Jorgensen, and Defendant Crowley Maritime Corporation, by and through their respective counsel, hereby stipulate to withdrawal of its notice of removal. By such stipulation, plaintiffs and Crowley Maritime Corporation respectfully request this court to immediately remand this case to state court.

Dated: February 14, 2008

LEVIN, SIMES, KAISER & GORNICK

By: _____
RAY MUELLER
Attorneys for Plaintiffs
JORGENSEN

Dated: February 15, 2008

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By: _____
Andrew I. Port
Attorneys for Defendant

# [PROPOSED] ORDER

Good cause appearing from Plaintiffs Tom Jorgensen and Patricia Jorgensen, and Defendant Crowley Maritime Corporation's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated: _____

Judge of the District Court