EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Cheryl A. Morris (State Bar # 184541)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: aport@edptlaw.com
cmorris@edptlaw.com
jwashkowitz@edptlaw.com

Attorneys for Defendant
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JORGENSEN AND PATRICIA JORGENSEN<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>Defendants. | Case No.: C 08-0903 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CROWLEY MARITIME CORPORATION EXENSION OF TIME TO RESPOND TO COMPLAINT** |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No.: C 08-0903 EMC

1  Plaintiffs Thomas Jorgensen and Patricia Jorgensen, and Defendant CROWLEY
2  MARITIME CORPORATION (herein "CROWLEY") hereby stipulate that CROWLEY may
3  have an extension of time of fifteen (15) days beyond February 19, 2008 to respond to Plaintiffs'
4  Complaint.

6  DATED: February 15, 2008        LEVIN, SIMES, KAISER & GORNICK

8  By: /s/ Ray Mueller
   Ray Mueller
9  Attorneys for Plaintiffs Thomas Jorgensen and
   Patricia Jorgensen

11 DATED: February 15, 2008        EMARD DANOFF PORT TAMULSKI &
                                   PAETZOLD LLP

13 By /s/ Andrew I. Port
14 Andrew I. Port
   Cheryl A. Morris
15 Jared A. Washkowitz
   Attorneys for Defendant
16 Crowley Maritime Corporation

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No.  C 08-0903 EMC

## [PROPOSED] ORDER

Good cause appearing from Plaintiffs Thomas Jorgensen and Patricia Jorgensen and Defendant Crowley Maritime Corporation's stipulation to extend Crowley's time to respond to Plaintiffs' Complaint, this Court hereby orders that Defendant Crowley Maritime Corporation may have fifteen (15) days beyond February 19, 2008 to respond to Plaintiffs' Complaint.

DATE:_____    _____
                                Judge of the United States District Court

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No.: C 08-0903 EMC