1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar # 120977)
2  Cheryl A. Morris (State Bar # 184541)
   Jared A. Washkowitz (State Bar #226211)
3  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
4  Telephone:    (415) 227-9455
   Facsimile:    (415) 227-4255
5  E-Mail:       aport@edptlaw.com
                 cmorris@edptlaw.com
6                jwashkowitz@edptlaw.com

7  Attorneys for Defendant
   CROWLEY MARITIME CORPORATION
8

9                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   THOMAS JORGENSEN AND PATRICIA          Case No.:  CV 08 0903 EMC
13 JORGENSEN
                                          **AMENDED PROOF OF SERVICE**
14            Plaintiffs,

15       vs.

16 A.W. CHESTERTON COMPANY, et al.

17            Defendants.

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    - 1 -

PROOF OF SERVICE
Case No. CV 08 0903 EMC
\\Fileserver\docs\ANDYGRP\ANDYGRP2\Jorgensen\Pleadings\POS Caption.doc

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105. On February 12, 2008, I served the foregoing document(s) described as

1. **Notice of Removal of Action Under 28 U.S.C. §1442(a)(1) (Federal Officer);**
2. **Certificate of Interested Persons or Entities;**
3. **Defendant Crowley Maritime Corporation's Notice of Tag-Along Action;**
4. **Order Setting Initial Case Management Conference and ADR Deadlines;**
5. **District Court Guidelines;**
6. **Notice of Assignment of Case to a United States Magistrate Judge for Trial, with Consent/Declination forms**
7. **ECF Registration Information Handout**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Jeffrey A. Kaiser                          *Attorneys for Plaintiffs Thomas Jorgensen*
Anna M. Costa                              *and Patricia Jorgensen*
LEVIN SIMES KAISER & GORNICK, LLP          Tel: 415-646-7160
44 Montgomery Street, 36th Floor           Fax: 415-981-1270
San Francisco, California 94104

[  ] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[  ] **(BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

[XX] **(FEDERAL)** I declare under penalty of perjury in accordance with 28 U.S.C. 1746 that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 12, 2008, at San Francisco, California.

ANDREI USTINOV
(Type or Print Name)

(Signature)

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

PROOF OF SERVICE
Case No. CV 08 0903 EMC
\\Fileserver\docs\ANDYGRP\ANDYGRP2\Jorgensen\Pleadings\POS Caption.doc

1

**PROOF OF SERVICE**

2          I am employed in the County of San Francisco, State of California. I am over the age of
18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400,
3   San Francisco, CA, 94105. On February 12, 2008, I served the foregoing document(s) described
as
4

5          **NOTICE OF SERVICE OF:**
            1.    **Notice of Removal of Action Under 28 U.S.C. §1442(a)(1) (Federal Officer);**
6           2.    **Certificate of Interested Persons or Entities;**
            3.    **Defendant Crowley Maritime Corporation's Notice of Tag-Along Action;**
7           4.    **Order Setting Initial Case Management Conference and ADR Deadlines;**
            5.    **District Court Guidelines;**
8           6.    **Notice of Assignment of Case to a United States Magistrate Judge for Trial,**
                  **with Consent/Declination forms**
9           7.    **ECF Registration Information Handout**

10
on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope
11  addressed as set forth below:

12     SEE ATTACHED SERVICE LIST

13         [XX]  **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection
and processing correspondence for mailing. Under that practice it would be deposited with U.S.
14  postal service on that same day with postage thereon fully prepaid at San Francisco, California in
the ordinary course of business. I am aware that on motion of the party served, service is
15  presumed invalid if postal cancellation date or postage meter date is more than one day after date
of deposit for mailing in affidavit.
16

17         [  ]  **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to
the offices of the addressee.

18         [  ]  **(BY FACSIMILE)** I caused such document to be transmitted from my
19  employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee
at the facsimile machine telephone number listed above. Upon completion of the said facsimile
20  transmission, the transmitting machine issued a transmission report showing the transmission
was complete and without error and indicating the time of such transmission. A copy of the said
21  transmission report is attached hereto.

22         [XX]  **(FEDERAL)** I declare under penalty of perjury in accordance with 28 U.S.C. 1746
that the foregoing is true and correct.

23         I declare under penalty of perjury under the laws of the State of California that the above
is true and correct. Executed on February 12, 2008, at San Francisco, California.
24

25     LYNN CURRY                          _Lynn Curry_
26     (Type or Print Name)                (Signature)

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

1

**PROOF OF SERVICE**

2        I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400,
3   San Francisco, CA, 94105. On February 13, 2008, I served the foregoing document(s) described as
4

5   | 1. | **Notice of Removal of Action Under 28 U.S.C. §1442(a)(1) (Federal Officer);** |
    | 2. | **Certificate of Interested Persons or Entities;** |
6   | 3. | **Defendant Crowley Maritime Corporation's Notice of Tag-Along Action;** |
    | 4. | **Order Setting Initial Case Management Conference and ADR Deadlines;** |
7   | 5. | **District Court Guidelines;** |
    | 6. | **Notice of Assignment of Case to a United States Magistrate Judge for Trial,** |
8   |    | **with Consent/Declination forms** |
    | 7. | **ECF Registration Information Handout** |
9

10  on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:
11
    SEE ATTACHED SERVICE LIST
12

13       [XX]  **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S.
14  postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is
15  presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

16       [  ]  **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee.
17

18       [  ]  **(BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee
19  at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission
20  was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

21       [XX]  **(FEDERAL)** I declare under penalty of perjury in accordance with 28 U.S.C. 1746 that the foregoing is true and correct.
22

23       I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 13, 2008, at San Francisco, California.

24
        LYNN CURRY                                     _Lynn Curry_
25      (Type or Print Name)                           (Signature)

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -

PROOF OF SERVICE
Case No. CV 08 0903 EMC
\\Fileserver\docs\ANDYGRP\ANDYGRP2\Jorgensen\Pleadings\POS Caption.doc

*Thomas Jorgensen v. A.W. Chesterton, et al.*
**U.S. District Court, Northern District No.**
**Service List**

William Armstrong, Esq.
**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA  94612
CROWN, CORK & SEAL CO. INC.; ELEMENTIS
CHEMICALS INC.

**Berry & Berry**
P.O. Box 16070
Oakland, CA  94610
DESIGNATED DEFENSE COUNSEL

John R. Brydon, Esq.
**Brydon, Hugo & Parker**
135 Main St., Suite 2000
San Francisco, CA  94105
UNION CARBIDE CORP.

Madeline Buty, Esq.
**Buty & Curliano**
383 Fourth St., Suite 201
Oakland, CA  94607
O G SUPPLY INC.

Gregory Meronek, Esq.
**Carroll, Burdick & McDonough**
44 Montgomery St., Suite 400
San Francisco, CA  94104
WARREN PUMPS LLC

Jon S. Barooshian, Esq.
**Cooley Manion Jones, LLP**
21 Custom House St.
Boston, MA  02110-3536
A. W. CHESTERTON CO.

Thomas Crosby, Esq.
**Crosby & Rowell LLP**
299 Third St., 2nd Floor
Oakland, CA  94607
GOULDS PUMPS INC.

Tyler c. Gerking, Esq.
**Farella, Braun & Martel**
235 Montgomery St., 30th Floor
San Francisco, CA  94104
STONE & WEBSTER ENGINEERING CORP.

Tsun-Chi Eric Sun, Esq.
**Foley & Mansfield, PLLP**
1111 Broadway, 10th Floor
Oakland, CA  94607
KELLY MOORE PAINT CO. INC.

Kevin M. Clarke, Esq.
**Glaspy & Glaspy**
100 Pringle Ave., Suite 750
Walnut Creek, CA  94596
GARLOCK SEALING TECHNOLOGIES INC.

Robert M. Hamblett, Esq.
**Hassard, Bonnington**
Two Embarcadero Ctr., # 1800
San Francisco, CA  94111
KAISER GYPSUM CO. INC.; HANSON
PERMANENTE CEMENT INC.

Theodore T. Cordery, Esq.
**Imai, Tadlock, Keeney & Cordery**
100 Bush St., Suite 1300
San Francisco, CA  94104
RICH TEX INC.

John R. Wallace, Esq.
**Jackson & Wallace**
55 Francisco St., 6th Floor
San Francisco, CA  94133
I T T INDUSTRIES INC.

Raymond L. Gill, Esq.
**K&L Gates**
55 Second St., Suite 1700
San Francisco, CA  94105
CRANE CO.

Warren Jackson, Esq.
**Kasowitz Benson, et al.**
Spear Tower, Suite 3600
One Market St.
San Francisco, CA 94105
CYPRUS AMAX MINERALS CO.

Laura Patricia Yee, Esq.
**Knott & Glazier LLP**
201 Spear St., Suite 1520
San Francisco, CA 94105
T H AGRICULTURE & NUTRITION LLC

Gregory D. Pike, Esq.
**Knox Ricksen LLP**
1300 Clay St., Suite 500
Oakland, CA 94612-1427
ALLIS CHALMERS CORP.

Mark Peter Krinstky, Esq.
**Law Offices of Mark P. Krinsky**
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
SAN FRANCISCO GRAVEL CO. INC.

Lisa Oberg, Esq.
**McKenna Long & Aldridge LLP**
101 California St., 41st Floor
San Francisco, CA 94111
R T VANDERBILT CO. INC.; I T T INDUSTRIES INC.

Peter Nova, Esq.
**Law Offices of Peter J. Nova**
1385 Castle Rd.
P.O. Box 1328
Sonoma, CA 95476
PARKER HANNIFIN CORP.

David T. Biderman, Esq.
**Perkins & Coie LLP**
Four Embarcadero Ctr., # 2400
San Francisco, CA 94111
GEORGIA PACIFIC CORP.

Andy J. Goetz, Esq.
**Prindle, Decker & Amaro**
310 Golden Shore, 4th Floor
Long Beach, CA 90802
A.W. CHESTERTON CO.

William M. Hake, Esq.
**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
A.W. CHESTERTON CO.

Charles Murrin, Esq.
**Sedgwick, Detert, Moran, et al.**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
SOCO WEST INC.

Asbestos Counsel SB-SF
**Selman Breitman LLP**
33 New Montgomery St., 6th Floor
San Francisco, CA 94105
AURORA PUMP CO.

Asbestos Counsel
**Vasquez & Estrada**
1000 Fourth St., Suite 700
San Rafael, CA 94901
HILL BROTHERS CHEMICAL CO.; LAMONS GASKET CO. INC.

Michael T. McCall, Esq.
**Walsworth, Franklin, et al.**
601 Montgomery St., 9th Floor
San Francisco, CA 94111-2534
AURORA PUMP CO.; HAMILTON MATERIALS, INC.; QUINTEC INDUSTRIES, INC.

Asbestos Counsel
**Walsworth, Franklin, et al.**
One City Blvd. West, Suite 308
Orange, CA 92668-3604
DOWMAN PRODUCTS INC.; HAMILTON MATERIALS INC.; QUINTEC INDUSTRIES INC.

Ralph Robinson, Esq.
**Wilson, Elser, Moskowitz, et al.**
525 Market St., 17th Floor
San Francisco, CA 94105-2725
ASBESTOS CORP. LTD.