EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Cheryl A. Morris (State Bar # 184541)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:      aport@edptlaw.com
             cmorris@edptlaw.com
             jwashkowitz@edptlaw.com

Attorneys for Defendant
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JORGENSEN AND PATRICIA JORGENSEN<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>Defendants. | Case No.: C 08-0903 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT** |

**STIPULATION**

- 1 -

Plaintiffs Tom Jorgensen and Patricia Jorgensen, and Defendant Crowley Maritime Corporation, by and through their respective counsel, hereby stipulate to withdrawal of its notice of removal. By such stipulation, plaintiffs and Crowley Maritime Corporation respectfully request this court to immediately remand this case to state court.

Dated: February _14_, 2008    LEVIN, SIMES, KAISER & GORNICK

By: _____
RAY MUELLER
Attorneys for Plaintiffs
JORGENSEN

Dated: February _15_, 2008

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By: _____
Andrew I. Port
Attorneys for Defendant

# [PROPOSED] ORDER

Good cause appearing from Plaintiffs Tom Jorgensen and Patricia Jorgensen, and Defendant Crowley Maritime Corporation's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated: February 22, 2008

_____
Judge of the District Court

*IT IS SO ORDERED*
*Judge William Alsup*