**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                      415.522.2000

February 25, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 08-00903 WHA    THOMAS JORGENSEN-v-A W CHESTERTON COMPANY
        Your Case Number: (CGC08-274494)

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                (X)    Certified copies of docket entries

                (X)    Certified copies of Remand Order

                ()     Other

        Please acknowledge receipt of the above documents on the attached copy of this letter.


                                Sincerely,

                                RICHARD W. WIEKING, Clerk

                                by:  Susan Imbriani
                                Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg