**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

February 25, 2008

San Francisco County Superior Court  
400 McAllister Street  
San Francisco, CA 94102

RE:  CV 08-00903 WHA    THOMAS JORGENSEN-v-A W CHESTERTON COMPANY
         Your Case Number: (CGC08-274494)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)     Certified copies of docket entries

        (X)     Certified copies of Remand Order

        ( )      Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *Susan Imbriani* (signature)

        by:  Susan Imbriani  
        Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev.  7/92  
o:\mrg\civil\remand.mrg