UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

February 25, 2008

ENDORSED
F I L E D
San Francisco County Superior Court

MAR 07 2008

GORDON PARK-LI, Clerk
BY: JEANETTE SANTOS
Deputy Clerk

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RECEIVED
MAR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: CV 08-00903 WHA   THOMAS JORGENSEN-v-A W CHESTERTON COMPANY
    Your Case Number: (CGC08-274494)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by: Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg